IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00578-AP

VICENTE ROMERO,
        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant,

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

      **For Plaintiff:**
      **Michael A. Desaulniers, Esq.**
      **402 W. 12th Street**
      **Pueblo, CO 81003**
      **719-543-8636**
      **seckarlaw@mindspring.com**

      **For Defendant:**
      **DAVID GAOUETTE**
      **Acting United States Attorney**

      **KEVIN T. TRASKOS**
      **Assistant United States Attorney**

      **By:**    **Thomas H. Kraus**
              **Special Assistant U.S. Attorney**
              **Social Security Administration**
              **Office of the General Counsel**
              **1961 Stout Street, Suite 1001A**
              **Denver, Colorado 80294**
              **(303) 454-0017**
              **tom.kraus@ssa.gov**

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.
DATES OF FILING OF RELEVANT PLEADINGS**

      A.   Date Complaint Was Filed: <u>3/17/09.</u>
      B.   Date Complaint Was Served on U.S. Attorney's Office: <u>3/25/09.</u>
      C.   Date Answer and Administrative Record Were Filed: <u>5/26/09.</u>

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.      BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

      A.   Plaintiff's Opening Brief Due:      <u>July 24, 2009.</u>
      B.   Defendant's Response Brief Due:   <u>September 4, 2009.</u>
      C.   Plaintiff's Reply Brief (If Any) Due:  <u>September 21, 2009.</u>

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:
          Plaintiff does not request oral argument.

    B.    Defendant's Statement:
          Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
Indicate below the parties' consent choice.

    A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 12th day of June, 2009.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

**APPROVED:**

| For Plaintiff: | **For the Defendant:** |
|---|---|
| s/Michael A. Desaulniers | DAVID GAOUETTE |
| Michael A. Desaulniers, Esq. | Acting United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | KEVIN T. TRASKOS |
| 719-543-8636 | Assistant United States Attorney |
| **seckarlaw@mindspring.com** | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |

**s/Thomas H. Kraus**
By:     Thomas H. Kraus
Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, CO 80294
(303) 454-0017
**tom.kraus@ssa.gov**